EDWARD MATTOS, Appellant, *v.* EDMUND FELGENHAUER et al., Respondents.

*Mattos* v. *Felgenhauer*, 160 App. Div. 34, affirmed.
(Argued December 10, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1914, affirming a judgment in favor of defendants entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants, his employers. Plaintiff, employed as a "finisher of work on a bench," was injured while in the act of adjusting from a ladder a belt on a pulley which was attached to and revolving with an overhead shaft.

*William E. Butler* and *Francis C. Schwab* for appellant.

*John C. Robinson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, SEABURY and POUND, JJ.